that the appeal is without merit and frivolous. Accordingly the motion of the Illinois Defender Project to withdraw as defendant's counsel is allowed and the judgment of the trial court is affirmed.

Judgment affirmed.

CRAVEN, P. J., and SMITH, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES COLEMAN, Defendant-Appellant.

(No. 11975;

Fourth District—December 20, 1972.

Opinion by Mr. JUSTICE SIMKINS.

John F. McNichols, of Defender Project, of Springfield, (J. Daniel Stewart, of counsel,) for appellant.

No appearance for the People.